JABLINOWSKY, Respondent, v. YOKEL, Appellant. (Supreme Court, Appellate Term, March 21, 1899.) Action by Adolph Jablinowsky against Adolph Yokel. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Rosenthal & Rochmovitz, for appellant. Leopold W. Harburger, for respondent.

PER CURIAM. Judgment affirmed, with costs.

JACQUELIN v. MORNING JOURNAL ASS'N. (Supreme Court, Appellate Division, First Department. April 21, 1899.) Action by Minnie A. Jacquelin against the Morning Journal Association. No opinion. Motion denied, with $10 costs.

JAMES, Respondent, v. CAVE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Margaret C. James against John Cave. No opinion. Judgment affirmed, with costs.

JEROME, Respondent, v. FANSHAWE, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Eugene M. Jerome against William S. Fanshawe. W. B. Crisp, for appellant. J. M. Perry, for respondent. No opinion. Exceptions overruled, and judgment ordered on the verdict, with costs.

KIRALFY, Respondent, v. KIRALFY, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1899.) Action by Elise M. Kiralfy against Bolossy Kiralfy. From an order awarding alimony and counsel fees, defendant appealed. Affirmed. Julius Lehmann, for appellant. A. H. Hummel, for respondent.

INGRAHAM, J. The action was brought for divorce upon the ground of adultery. There were three children of this marriage, who are in the custody of, and residing with, the plaintiff, in the city of New York. Some years before the commencement of this action, the defendant went to Europe, leaving the plaintiff and her children in New York, regularly contributing, however, to their support. Shortly prior to the commencement of this action the defendant communicated with the plaintiff, stating that he had supported her and her children long enough, and that he did not intend to continue said support. The plaintiff learned that the defendant was living with a woman in Berlin, and subsequently removed with her to Vienna. Prior to this abandonment, the defendant allowed the plaintiff, for the support of herself and the children, $5,000 a year. The defendant interposed an unverified answer, denying the allegations of adultery, and alleging that the plaintiff was guilty of adultery with a person named. In his affidavit in opposition to this motion the defendant does not deny that he is guilty of adultery as charged by the plaintiff. The order appealed from allows the plaintiff $150 a month and a counsel fee of $500. The only question upon this appeal is as to the amount allowed, in view of the statements made by the defendant as to his income and property; he stating that, his adventures in

Europe having failed, he was without income. He appears to be able, however, to support the woman with whom he is living; and, considering the amounts which the defendant admits that he has realized from his business in the past, and his present situation, and the fact that the plaintiff will be required to issue commissions to procure the testimony to enable her to prove her cause of action, and the disbursements that will be required upon the execution of such commissions, we think the court below was justified in making the allowances that were made. The order appealed from should be affirmed, with $10 costs and disbursements.

KISSAM, Respondent, v. BREMERMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1899.) Action by Edward V. B. Kissam against John W. Bremerman. No opinion. Order affirmed on argument, with $10 costs and disbursements. See 57 N. Y. Supp. 890.

KLEINER v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Margaret Kleiner against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs. See 55 N. Y. Supp. 394.

KNICKERBOCKER, Respondent, v. KNICKERBOCKER, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Corinne Knickerbocker against William W. Knickerbocker. No opinion. Order affirmed, with $10 costs and disbursements.

KRAFT v. KRAFT. (Supreme Court, Appellate Division, First Department. February 17, 1899.) Action by Gustavus A. Kraft against Bertha M. Kraft. No opinion. Motion granted, with $10 costs.

LANGAN et al., Appellants, v. THORNE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1899.) Action by Hugh Langan and another against Walter T. Thorne, impleaded with others. W. C. Reddy, for appellants. G. W. McAdam, for respondents. No opinion. Judgment affirmed, with costs.

LASSERE, Appellant, v. STEIN, Respondent. (Supreme Court, Appellate Term. April 21, 1899.) Action by Julius Lassere against Bertha Stein. From an order of the general term of the city court, affirming an order denying a motion to punish defendant for a contempt of court (54 N. Y. Supp. 939), plaintiff appeals. Affirmed. Ira Leo Bamberger, for appellant. David Solomon, for respondent.

PER CURIAM. Orders of general term and special term affirmed, with costs to respondent.